# Exhibit 1

screenshot-www.warbyparker.com-2021.08.16-15_30_51
https://www.warbyparker.com/history
16.08.2021

Blue-light-filtering lenses for any pair >   WARBY PARKER   Locations   Sign in

Home Try-On   Eyeglasses   Sunglasses   Contacts   Eye exams

HISTORY

 **W**arby Parker was founded with a rebellious spirit and a lofty objective: to offer designer eyewear at a revolutionary price, while leading the way for socially conscious businesses.

Every idea starts with a problem. Ours was simple: glasses are too expensive. We were students when one of us lost his glasses on a backpacking trip. The cost of replacing them was so high that he spent the first semester of grad school without them, squinting and complaining. (We don't recommend this.) The rest of us had similar experiences, and we were amazed at how hard it was to find a pair of great frames that didn't leave our wallets bare. Where were the options?

It turns out there was a simple explanation. The eyewear industry is dominated by a single company that has been able to keep prices artificially high while reaping huge profits from consumers who have no other options.

We started Warby Parker to create an alternative.

By circumventing traditional channels, designing glasses in-house, and engaging with customers directly, we're able to provide higher-quality, better-looking prescription eyewear at a fraction of the going price.

We believe that buying glasses should be easy and fun. It should leave you happy and good-looking, with money in your pocket.

We also believe that everyone has the right to see.

Almost one billion people worldwide lack access to glasses, which means that 15% of the world's population cannot effectively learn or work. To help address this problem, Warby Parker partners with non-profits like VisionSpring to ensure that for every pair of glasses sold, a pair is distributed to someone in need.

There's nothing complicated about it. Good eyewear, good outcome.



 **Buy a Pair, Give a Pair**
Making an impact

 **Design**
From concept to construction

 **Culture**
Step into our office

 Get the inside scoop on new frames, events, and more   Email   →

| PRODUCTS | SHOP ONLINE | EDUCATION | ABOUT US | |
|---|---|---|---|---|
| Eyeglasses | Try 5 for free | Insurance | Our story | |
| Sunglasses | Virtually try on frames | Eyeglasses lens guide | Buy a Pair, Give a Pair | Need a hand? |
| Contacts |  | Sunglasses lens guide | Customer reviews | We're available by phone (888.492.7297) and chat every |
| New collections | GET A PRESCRIPTION | Eyewear A to Z | Jobs | day from 9 a.m.–10 p.m. ET. |
| Scout by Warby Parker | Book an eye exam | How our glasses are made | Wearing Warby | |
| Accessories | Renew a prescription | Flexible spending | Impact and Equity | FAQ   Text   Chat   Email   Call |
| Gift cards | Measure your PD |  |  | |
|  | VISIT A STORE |  |  | |
|  | Find a location |  |  | |

USA   CANDA      Privacy Policy   Notice of Privacy Practices   Terms of Use   Accessibility   CA Transparency Act