# Exhibit 2



1 800 contacts

Q All | News | Shopping | Videos | Images | ⋮ More | Tools

About 777,000,000 results (0.63 seconds)

Ad · https://www.warbyparker.com/ ▾

### 15% Off First Contacts Order - 90 Daily Contacts for Only $55
Save 15% on your first order of **contact** lenses with us—and get free shipping.

Ad · https://www.1800contacts.com/ ▾ (877) 597-8285

### 1800CONTACTS - Official Site - Order Your Contacts Today
We Beat Any Price On **Contacts**. No Hidden Fees. Easiest Way To Order **Contacts**. No Hidden Fees - Free, Crazy Fast Delivery - We Beat Any Price - Order Now! Free Shipping. Free Lens Replacement. Satisfaction Guarantee. We Price Match. 24/7 Customer Service.
Contact Us · Are You New? · Easy Re-Order · Acuvue Contact Lenses

Ad · https://www.contactsdirect.com/20offsitewide ▾

### Order Contact Lenses Online - Annual Supply Offer + 20% Off
Enjoy 20% off your purchase with code CONTACTS20. Combinable with Annual Supply Offer.

Ad · https://www.visionpros.com/ ▾ (877) 759-2708

### Best Price on Contact Lenses - Buy Contact Lenses Online
Buy your favorite top brand of **contact** lenses online now. It's easy to order. Shop now! Find...

https://www.1800contacts.com ⋮

### Order Contact Lenses Online at 1-800 CONTACTS | World's ...
**1-800 CONTACTS** - We beat any price on **contact lenses**, plus Free, Fast Shipping and convenient online ordering. We Deliver. You Save™

**Find my contacts**
Find your brand of contact lenses with free shipping and easy ...

**Reorder**
Order statusReorderUpload prescriptionMy prescriptionsMy ...

**How to order**
Start your order or walk through these simple steps first. 1-800 ...

**Yes! We accept vision insurance.**
Yes! We accept vision insurance. · Why use your vision insurance ...

**Take our online eye exam**
Take a couple of quick pictures of your eyes so the doctor can see ...

**Offers & coupons**
Skip the coupon sites, we've got all the 1-800 CONTACTS coupon ...

More results from 1800contacts.com »

## People also ask ⋮

Are 1800 contacts real?

Can I use 1800 contacts prescription elsewhere?

Does 1800 contacts call your doctor?

How much are contacts through 1800contacts?

Feedback

https://www.healthline.com › health › 1800-contacts ⋮

### 1-800-Contacts Review: What to Know Before You Buy
Mar 11, 2021 — The number you called to place the order? **1-800**-266-8228, which is still the

---

# 1-800 Contacts ⤴

Company

🌐 1800contacts.com

1-800 Contacts Inc. is an American retailer based in Draper, Utah. The Contacts use includes Johnson & Care, Ciba Vision, Bausch & Lomb In 2006, its last year as a public c company reported net sales of US Wikipedia

**Customer service chat:** Online Ch

**Customer service:** 1 (800) 266-8

**Founder:** Jonathan C. Coon

**Founded:** February 1995

**Headquarters:** Draper, UT

**CEO:** John Graham (2018−)

**Parent organization:** AEA Investo

Fax number

Competitors

**People also search for**

AC Lens | LensDirect LLC | Visio Direc

company's **customer service** phone number today. On the phone keypad, ...

https://www.healthline.com › health › 1800-contacts-ey...

## 1-800 Contacts Eye Exam Review: Should You Try It?

May 28, 2021 — How **1-800 Contacts** works ... **1-800 Contacts** isn't an optometrist or ophthalmologist service, but the products they sell require a prescription, by ...

https://en.wikipedia.org › wiki › 1-800_Contacts

## 1-800 Contacts - Wikipedia

**1**-**800 Contacts** Inc. is an American contact lens retailer based in Draper, Utah. The brands that **1-800 Contacts** use includes Johnson & Johnson Vision Care, ...

**Revenue:** $237 million (2005)          **Key people:** John Graham, CEO; Brett Gapp...
**Net income:** $2.6 million (2005)      **Industry:** Contact lens retail

https://play.google.com › store › apps › details › id=co...

## 1800 Contacts - Lens Store - Apps on Google Play

The **1-800 Contacts** app is the fastest, easiest, and most enjoyable way to order **contact lenses**. WE HAVE ALL THE **CONTACTS** We have millions of **contact lenses** ...

Rating: 4.8 · 29,015 votes · Free · Android · Health

https://www.medicalnewstoday.com › articles › 1-800-c...

## 1-800 Contacts: Brand, products, and services

Feb 25, 2021 — **1-800 contacts** are an online retailer of **contact lenses**. They also offer online sight tests if a person needs to renew their prescription.

https://www.linkedin.com › company › 1-800-contacts

## 1-800 CONTACTS | LinkedIn

As the world's largest contact lens store, **1-800 CONTACTS** is dedicated to providing you with a simple, hassle-free way to replace your **contact lenses**.

## Related searches

 Contact lenses

Feedback

**online** contacts                    **1-800** contacts **address**

**1-800** contacts **kkr**              **1-800** contacts **online prescriptions**

**eye** contacts                       **discount contact lenses**

**1-800** contacts **coupon**

1  2  3  4  5  6  7  8  9  10          Next

**Geneva Township, Illinois** - From your IP address - Update location

Help      Send feedback      Privacy      Terms