# Exhibit 3



7/28/2021