# Exhibit 4

screenshot-www.warbyparker.com-2021.07.20-16_14_17
https://www.warbyparker.com/contacts?acts&matchtype=e&mkwid=s&pmt=e&pdv=c&product_category=&utm_source=google&utm_medium=cpc&utm_term=1800%20contacts&utm_campaign=Newengen_-petitors_l_DE1_3022&cvo_campaign=Newengen_-_General_NB_-_Contacts_Competitors_l_DE1_3022&cvo_adgroup=87784974691&utm_term=87784974691-kwd-ontent=484354426296&singular=124__g__7948108702__87784974691__484354426296&gclid=EAIaIQobChMIksfonrzy8QIVBTI4Ch0onAtcEAAYAiAAEgJIFPD_BwE
20.07.2021

Blue-light-filtering lenses for any pair ›   **WARBY PARKER**   Locations   Sign in   🛒

Home Try-On   Eyeglasses   Sunglasses   Contacts   Get a prescription



CONTACTS

# Get 15% off your first contacts order, plus free shipping

## Browse all contacts

🔍 Search by brand


**Scout by Warby Parker**
Daily contacts


**Acuvue Oasys**
Bi-weekly contacts


**Acuvue Oasys 1-Day**
Daily contacts


**Acuvue Oasys for Astigmatism**
Bi-weekly contacts


**Biofinity / Biofinity EW**
Monthly contacts


**Biofinity Toric**
Monthly contacts

## Buy now, pay later with Affirm

Split your contacts order into three easy (and totally interest-free) payments with Affirm. As always, we'll deliver them right to your door for free, with no hidden fees.

Learn more


**1-Day Acuvue Moist**
Daily contacts


**DAILIES Total 1**
Daily contacts


**Acuvue Oasys 1-Day for Astigmatism**
Daily contacts



**1-Day Acuvue Moist for Astigmatism**

Daily contacts



**DAILIES AquaComfort Plus**

Daily contacts



**Air Optix Plus HydraGlyde**

Monthly contacts



**clariti 1 day**

Daily contacts



**Biotrue ONEday**

Daily contacts



**DAILIES AquaComfort Plus Toric**

Daily contacts



PRESCRIPTION EXPIRED?
Renew one at home in just 10 minutes or get one by booking an eye exam

Get a prescription



**1-Day Acuvue Define**

Daily contacts



**1-Day Acuvue Moist Multifocal**

Daily contacts



**1-Day Acuvue TruEye**

Daily contacts



**Acuvue 2**

Bi-weekly contacts



**Acuvue Oasys for Presbyopia**

Bi-weekly contacts



**Acuvue Oasys Multifocal**

Bi-weekly contacts



**Acuvue Oasys with Transitions**

*Bi-weekly contacts*



**Acuvue Vita**

*Monthly contacts*



**Acuvue Vita for Astigmatism**

*Monthly contacts*



SCOUT BY WARBY PARKER

Try our daily contacts for $5 and receive $5 off your next order!

Request a trial



**Air Optix Aqua**

*Monthly contacts*



**Air Optix Aqua Multifocal**

*Monthly contacts*



**Air Optix Colors**

*Monthly contacts*



**Air Optix for Astigmatism**

*Monthly contacts*



**Air Optix Night & Day Aqua**

*Monthly contacts*



**Air Optix Plus Hydraglyde for Astigmatism**

*Monthly contacts*



**Air Optix Plus Hydraglyde Multifocal**



**Avaira Vitality**

*Bi-weekly contacts*



**Avaira Vitality Toric**

*Bi-weekly contacts*

*Monthly contacts*



**Bausch + Lomb ULTRA**

*Monthly contacts*



**Bausch + Lomb ULTRA for Astigmatism**

*Monthly contacts*



**Bausch + Lomb ULTRA for Presbyopia**

*Monthly contacts*



**Bausch + Lomb ULTRA Multifocal for Astigmatism**

*Monthly contacts*



**Biofinity Energys**

*Monthly contacts*



**Biofinity XR**

*Monthly contacts*



**Biofinity XR Toric**

*Monthly contacts*



**Biomedics 55 Premier**

*Bi-weekly contacts*



**Biomedics Toric**

*Bi-weekly contacts*



**Biotrue ONEday for Astigmatism**

*Daily contacts*



**Biotrue ONEday for Presbyopia**

*Daily contacts*



**clariti 1 day Multifocal**

*Daily contacts*



**clariti 1 day Toric**

*Daily contacts*



**DAILIES AquaComfort Plus Multifocal**

*Daily contacts*



**DAILIES Colors**

*Daily contacts*







### DAILIES Focus
*Daily contacts*

### DAILIES Total 1 Multifocal
*Daily contacts*

### Extreme H2O 54%
*Bi-weekly contacts*





### Extreme H2O 54% Toric
*Bi-weekly contacts*

### Extreme H2O 59% Thin
*Bi-weekly contacts*

### Extreme H2O 59% Xtra
*Bi-weekly contacts*





### Extreme H2O Daily
*Daily contacts*

### Extreme H2O Monthly
*Monthly contacts*

### Extreme H2O Weekly
*Bi-weekly contacts*





### FreshLook ColorBlends
*Bi-weekly contacts*

### FreshLook Colors
*Bi-weekly contacts*

### FreshLook Dimensions
*Bi-weekly contacts*





### FreshLook Tint
*Bi-weekly contacts*

### Bausch + Lomb INFUSE™
*Daily contacts*

### MyDay
*Daily contacts*





### MyDay Toric
*Daily contacts*

### Precision1
*Daily contacts*

### Precision1 for Astigmatism
*Daily contacts*





**Proclear**
Monthly contacts

**Proclear 1 Day**
Daily contacts

**Proclear Toric**
Monthly contacts


**Proclear Toric XR**
Monthly contacts


**PureVision**
Monthly contacts


**PureVision 2**
Monthly contacts


**PureVision 2 for Astigmatism**
Monthly contacts


**PureVision 2 for Presbyopia**
Monthly contacts


**PureVision Multi-Focal**
Monthly contacts


**SofLens 38 / Optima FW**
Bi-weekly contacts


**SofLens Daily Disposable**
Daily contacts


**SofLens Daily Disposable for Astigmatism**
Daily contacts


**SofLens for Astigmatism**
Bi-weekly contacts


**SofLens Multi-Focal**
Bi-weekly contacts


**TORIColors**
Monthly contacts

 Get the inside scoop on new frames, events, and more     Email →

| PRODUCTS | SHOP ONLINE | EDUCATION | ABOUT US | |
|---|---|---|---|---|
| Eyeglasses | Try 5 for free | Insurance | Our story | **Need a hand?** |
| Sunglasses | Virtually try on frames | Eyeglasses lens guide | Buy a Pair, Give a Pair | We're available by phone (888.492.7297) and chat every day from 9 a.m.–10 p.m. ET. |
| Contacts | | Sunglasses lens guide | Customer reviews | |
| New collections | GET A PRESCRIPTION | Eyewear A to Z | Jobs | |
| Scout by Warby Parker | Book an eye exam | How our glasses are made | Wearing Warby | |
| Accessories | Renew a prescription | Flexible spending | Impact and Equity | |
| Gift cards | Measure your PD | | | FAQ  Text  Chat  Email  Call |
| | VISIT A STORE | | | |
| | Find a location | | | |

USA   CANADA

Privacy Policy   Notice of Privacy Practices   Terms of Use   Accessibility   CA Transparency Act