# Exhibit 5

screenshot-www.warbyparker.com-2021.08.16-16_50_07
https://www.warbyparker.com/contacts/offerings?
type=e&mkwid=s&pmt=e&pdv=c&product_category=&utm_source=google&utm_medium=cpc&utm_term=warby%20parker%20contacts&utm_campaign=Newengen_-
_Contacts_-_Scout_l_DE1_811b&cvo_campaign=Newengen_-_Brand_-_Contacts_-_Scout_l_DE1_811b&cvo_adgroup=82613507219&utm_term=82613507219-kwd-
nt=430636082043&singular=124__g__7948041598__82613507219__430636082043&gclid=EAIaIQobChMIo_K5ysK28gIVLv3jBx0YAAHQEAAYASAAEgLJ2_D_BwE
16.08.2021

Blue-light-filtering lenses for any pair >                    WARBY PARKER                    Locations   Sign in   🛒

Home Try-On    Eyeglasses    Sunglasses    Contacts    Get a prescription



# Contacts

We offer a variety of daily, bi-weekly, and monthly contact lenses—including our own daily lenses, Scout by Warby Parker.

Shop contacts



## Scout by Warby Parker

Meet our comfortable, breathable, and affordable daily contact lens. Order a 6-day trial for only $5.

Request a trial

**INNOVATIVE PACKAGING**

*Scout's space-saving flat pack is easier to transport and store than a traditional contact pack. (And it's less wasteful!)*



## We also carry other brands

Choose from dozens of contacts that correct a range of prescriptions. Shop daily, bi-weekly, and monthly lenses with no hidden fees.

HERE ARE A FEW

*Acuvue, Biofinity, Air Optix, DAILIES, clariti, ULTRA, MyDay, Biotrue, and more*

Shop now

## How to get started



#### ORDER CONTACTS

Once you find your brand, upload a photo of your prescription (make sure we can see your doctor's information). After it's verified, we'll ship your contacts. Easy.

Shop now



#### BOOK AN EYE EXAM

Many of our locations offer comprehensive eye exams and contact lens fittings, so it's easy to get a new prescription for glasses and contacts.

Make an appointment

 Get the inside scoop on new frames, events, and more

Email →

**PRODUCTS**

Eyeglasses

Sunglasses

Contacts

New collections

Scout by Warby Parker

Accessories

Gift cards

**SHOP ONLINE**

Try 5 for free

Virtually try on frames

**GET A PRESCRIPTION**

Book an eye exam

Renew a prescription

Measure your PD

**VISIT A STORE**

Find a location

**EDUCATION**

Insurance

Eyeglasses lens guide

Sunglasses lens guide

Eyewear A to Z

How our glasses are made

Flexible spending

**ABOUT US**

Our story

Buy a Pair, Give a Pair

Customer reviews

Jobs

Wearing Warby

Impact and Equity

**Need a hand?**

We're available by phone (888.492.7297) and chat every day from 9 a.m.–10 p.m. ET.

FAQ    Text    Chat    Email    Call

USA    CANADA

Privacy Policy    Notice of Privacy Practices    Terms of Use    Accessibility    CA Transparency Act