# Exhibit 6

screenshot-www.google.com-2021.08.16-16_48_42
https://www.google.com/search?q=Warby+Parker+contacts&source=hp&ei=_twaYZnvIYvL-
)gglABCABBDJAzoFCAAQkgM6BQguEIAEOg4ILhCABBDHARCvARCTAlCp_wFYrqMCYKHbAmgBcAB4AlABdIgB2wmSAQQyMC4xmAEAoAEBsAEK&sclient=gws-
wiz&ved=0ahUKEwiZ5uy0wrbyAhWLZd4KHYigBE4Q4dUDCAk&uact=5
16.08.2021



Why Warby Parker Scout Contacts Will Be Your New Go-To

Feb 12, 2020 — Read our review of **Warby Parker's** new Scout daily **contact lenses**, which have less plastic packaging than traditional **contacts**.

https://finvsfin.com › warby-parker-contact-reviews

### Review: Scout Contacts by Warby Parker | Fin vs Fin

May 16, 2021 — How much do **Warby Parker contact lenses** cost? ... Scout contacts by Warby Parker are affordably priced in 90, 180 and 360 day "subscriptions," ...

**Price per Month:** $36.66 per month(free shippi...     **Subscription Options:** 90, 180 or 360 days
**Free Trial:** First 5 pairs free(just pay $5 for ship...

https://www.medicalnewstoday.com › articles › warby-...

### Warby Parker contacts: Brand and Scout lenses review

Mar 31, 2021 — **Warby Parker** claims that their Scout **contacts** are breathable, hydrating, and affordable. They come in slim flat-packs, so they are portable and ...

## Related searches

**Best contact lenses online**



Acuvue Oasys 2-Week wi...     1-Day Acuvue Moist     Dailies Total1     CooperVis... Biofinity     Air Optix Aqua     FreshLook COLORBL...

→ See more

Contacts online

Best online contact lens retailer

Best contacts for astigmatism

Feedback

🔍 warby parker contacts **review**          🔍 warby parker contacts **reddit**

🔍 warby parker contacts **exam**          🔍 warby parker **sunglasses**

🔍 warby parker **contact number**          🔍 warby parker **phone number for claims**

🔍 warby parker contacts **promo code**          🔍 warby parker **glasses**

Goooooooooogle

1 2 3 4 5 6 7 8 9 10     Next

● Milwaukee WI, Wisconsin - From your IP address - Update location

Help     Send feedback     Privacy     Terms