# Exhibit 7

screenshot-www.warbyparker.com-2021.08.16-15_03_08
https://www.warbyparker.com/
16.08.2021

Blue-light-filtering lenses for any pair >     WARBY PARKER     Locations   Sign in

Home Try-On    Eyeglasses    Sunglasses    Contacts    Get a prescription



Try 5 frames at home for free

Shop Men    Shop Women

Take a quiz to find frames >

Buying eyewear should leave you happy and good-looking, with money in your pocket. Glasses, sunglasses, and contacts—we've got your eyes covered.





**Need a prescription?**

Renew your glasses or contacts prescription from home, or book an in-person eye exam.

Get a prescription



Get the inside scoop on new frames, events, and more

**PRODUCTS**

Eyeglasses

Sunglasses

Contacts

New collections

Scout by Warby Parker

Accessories

Gift cards

**SHOP ONLINE**

Try 5 for free

Virtually try on frames

**GET A PRESCRIPTION**

Book an eye exam

Renew a prescription

Measure your PD

**VISIT A STORE**

Find a location

**EDUCATION**

Insurance

Eyeglasses lens guide

Sunglasses lens guide

Eyewear A to Z

How our glasses are made

Flexible spending

**ABOUT US**

Our story

Buy a Pair, Give a Pair

Customer reviews

Jobs

Wearing Warby

Impact and Equity

**Need a hand?**

We're available by phone (888.492.7297) and chat every day from 9 a.m.–10 p.m. ET.

FAQ   Text   Chat   Email   Call

USA   CANADA

Privacy Policy   Notice of Privacy Practices   Terms of Use   Accessibility   CA Transparency Act

screenshot-www.warbyparker.com-2021.08.16-15_04_14
https://www.warbyparker.com/
16.08.2021



Blue-light-filtering lenses for any pair >

WARBY PARKER

Locations | Sign in

Home Try-On    Eyeglasses    Sunglasses    Contacts    Get a prescription

Pick 5 frames to try on at
home (it's free!)

Shop Eyeglasses    Shop Sunglasses

screenshot-www.warbyparker.com-2021.08.16-15_05_07
https://www.warbyparker.com/
16.08.2021



screenshot-www.warbyparker.com-2021.08.16-15_05_58
https://www.warbyparker.com/
16.08.2021

Blue-light-filtering lenses for any pair >

WARBY PARKER

Search    Locations    Sign in    🛒

Home Try-On    Eyeglasses    Sunglasses    Contacts    Get a prescription



Shop Men

Shop Women

screenshot-www.warbyparker.com-2021.08.16-15_06_40
https://www.warbyparker.com/get-a-prescription
16.08.2021

Blue-light-filtering lenses for any pair ›

WARBY PARKER

Home Try-On   Eyeglasses   Sunglasses   Contacts   Get a prescription

Locations | Sign in

# How to get a prescription

Whether you're getting a new prescription or renewing an expired one, take care of
it virtually or get an in-person eye exam.

HAPPY WITH YOUR CURRENT PRESCRIPTION?

## Renew your prescription at home

Use our Virtual Vision Test app to renew your
eyeglasses or contacts prescription in 10 minutes. It's
great for anyone who:

- sees well with their current glasses or contacts

- has a single-vision distance prescription

- has no eye health concerns

- is between 18 and 65 years old

$15 only if your prescription is renewed

**Download for free**

Learn more ›



THINK YOUR VISION HAS CHANGED?

## Book a comprehensive eye exam

Meet with an eye doctor to get a new prescription and
have your eye health checked. This is a good option
for those who:

- need their first, a totally new, or simply updated
prescription

- wear any glasses or non-specialty contact lens
prescription

- want their eye health examined

- are over the age of 4

Eye exams starting at $75

**Schedule an eye exam**



Quick note: Virtual Vision Test is not a comprehensive eye health exam and it isn't meant to replace visits to your eye doctor. It's important to get your eye health examined periodically even if you aren't experiencing any vision problems, so please follow the advice of your doctor. Good to keep those peepers in check.

Privacy Policy     App Terms of Use     Notice of Privacy Practices

 Get the inside scoop on new frames, events, and more

Email →

**PRODUCTS**

Eyeglasses

Sunglasses

Contacts

New collections

Scout by Warby Parker

Accessories

Gift cards

**SHOP ONLINE**

Try 5 for free

Virtually try on frames

**GET A PRESCRIPTION**

Book an eye exam

Renew a prescription

Measure your PD

**VISIT A STORE**

Find a location

**EDUCATION**

Insurance

Eyeglasses lens guide

Sunglasses lens guide

Eyewear A to Z

How our glasses are made

Flexible spending

**ABOUT US**

Our story

Buy a Pair, Give a Pair

Customer reviews

Jobs

Wearing Warby

Impact and Equity

**Need a hand?**

We're available by phone (888.492.7297) and chat every day from 9 a.m.–10 p.m. ET.

FAQ     Text     Chat     Email     Call

USA     CANADA

Privacy Policy     Notice of Privacy Practices     Terms of Use     Accessibility     CA Transparency Act