# Exhibit 8

 Google

1800contacts.com ✕ | 🎤 🔍          ⚙ ⠿

🔍 All   📰 News   🛍 Shopping   ▷ Videos   🖼 Images   ⋮ More          Tools

About 402,000 results (0.59 seconds)

Ad · https://www.warbyparker.com/ ▾

## 15% Off First Contacts Order - Affordable daily contacts

Save 15% on your first order of contact lenses with us—and get free shipping.

Ad · https://www.visionpros.com/ ▾   (877) 759-2708

## Best Price on Contact Lenses - Subscribe & Save 20% Off

We Have the Contact Lenses You Need at the Lowest Prices! Buy now top branded contacts!
Rating for visionpros.com: 4.8 - 699 reviews

Ad · https://www.1800contacts.com/ ▾   (877) 460-8933

## 1800CONTACTS - Official Site - Order Your Contacts Today

We Beat Any Price On Contacts. No Hidden Fees. Easiest Way To Order Contacts. No...

https://www.1800contacts.com    ⋮

## 1-800 Contacts

1-800 CONTACTS - We beat any price on contact lenses, plus Free, Fast Shipping and convenient
online ordering. We Deliver. You Save™

**Shop all brands**
1-800 CONTACTS - We beat any
price on contact lenses, plus ...

**How to order**
Start your order or walk through
these simple steps first. 1-800 ...

**Yes! We accept vision insurance.**
1-800 CONTACTS - We beat any
price on contact lenses, plus ...

**Air Optix Colors**
Air Optix Colors contact lenses are
a comfortable, safe way to ...

**Color & Enhancing**
Change your look to any variety of
colors with our colored contact ...

**Biofinity**
1-800 CONTACTS - We beat any
price on contact lenses, plus ...

**Air Optix**
1-800 CONTACTS - We beat any
price on contact lenses, plus ...

**RX verification info**
It is important to understand that
under the Fairness to Contact ...

**FreshLook Colorblends**
Subtly change your eye color while
retaining your eyes natural ...

**Dailies**
1-800 CONTACTS - We beat any
price on contact lenses, plus ...

More results from 1800contacts.com »

## People also ask   ⋮

How long does it take 1800contacts to verify Rx?

Is 1800 contacts prescription valid?

What is the phone for 1800contacts?

How many boxes of contacts is a year supply?

Feedback

https://www.linkedin.com › company › 1-800-contacts

**1-800 CONTACTS | LinkedIn**

As the world's largest contact lens store, 1-800 CONTACTS is dedicated to providing you with a simple, hassle-free way to replace your contact lenses. At 1-800 ...

https://www.groupon.com › ... › Contacts & Glasses

**25% Off 1 800 Contacts Coupons & Promo Codes (August 2021)**

**1800 Contacts** Coupons · Connecting With **1800 Contacts**. Talk to a customer service representative 24/7: 1-800-266-8228. Connect: · **1800 Contacts** Free Shipping. Get ...

https://uk.trustpilot.com › ... › Health & Medical

**1-800 Contacts Reviews - Trustpilot**

**1800contacts** has a price match guarantee that was so easy to use! They actually applied the discount and took my payment completing my order through a chat box ...

Rating: 2.5 · 160 reviews

https://www.mailform.io › rebate-1800-contacts

**Mail in Rebate Forms for 1800 Contacts - Mailform**

To redeem rebates for **1800 contacts**, you need to go through 3 steps: Make a qualifying purchase from 1-800 Contacts **1800 Contacts** ...

Ad · https://www.insuranceoptical.com/ ▾

**Contact Lenses Online - Apply 100% of Your Benefits**

Apply your insurance benefits online quickly and easily. Order your contacts today!

Ad · https://www.lowestpricecontacts.com/ ▾   (855) 985-5690

**Best Brands of Contact Lenses - It's Easy to Order Online**

Shop online for your favourite contact lens brand and get free shipping on orders $49+ Find daily, weekly or monthly contact lenses. Single vision, multifocal and toric lenses. No Tax. Satisfaction Guaranteed. No Counterfeit Contacts. No Optician Visit Needed.

Rating for lowestpricecontacts.com: 4.6 - 952 reviews

Color Contact Lenses · Biofinity Contacts · Acuvue Contacts · Air Optix Contact Lenses

Ad · https://www.aveovision.com/premium-lenses/10-pair-trial ▾

**Advanced Aveo Daily Contacts - Get a 10-Pair Trial for $5**

The Prescription for Happy, Healthy Eyes. Claim Your 10-Pair Trial Now! Say Hello to Happy Eyes with HD Vision & All-Day Hydrating Comfort. All-Day Comfort. Spa Day For Your Eyes. Affordable Prices. UV Protection. Advanced Design.

Advanced Daily Contacts · Aveo Joy For Astigmatism · How It Works · Our Story

Daily Lenses - $36.00/mo - Free Shipping · More ▾

1  2  3  4  5  6  7  8  9  10          Next

**Jefferson County, Colorado** - From your IP address - Update location

Help        Send feedback        Privacy        Terms