**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 1-800 CONTACTS INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:21-cv-06966 |
| | ) |
| | ) |
| JAND, INC. d/b/a WARBY PARKER | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO**
**ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff 1-800 Contacts, Inc. and Defendant Jand, Inc. d/b/a Warby Parker ("Warby Parker"), subject to the approval of the Court, that the time for Warby Parker to answer, move or otherwise respond to the Complaint is extended through and including October 8, 2021. The reason for this request is to provide Warby Parker with sufficient time to investigate and adequately respond to the allegations in the Complaint.

Dated: September 10, 2021

/s/ Stephen R. Fishbein *(with permission)*      /s/ Robert D. Carroll

Stephen R. Fishbein                              Robert D. Carroll
sfishbein@shearman.com                           RCarroll@goodwinlaw.com
Susan Loeb                                       GOODWIN PROCTER LLP
(not yet admitted in this District)              100 Northern Avenue
susan.loeb@shearman.com                          Boston, MA 00210
SHEARMAN & STERLING LLP                          Tel: (617) 570-1000
559 Lexington Avenue                             Fax: (617) 523-1231
New York, NY 10022
Tel: (212) 848-4424

Todd M. Stenerson
todd.stenerson@shearman.com
Ryan A. Shores
ryan.shores@shearman.com
Brian C. Hauser
(*pro hac vice application forthcoming*)
brian.hauser@shearman.com
SHEARMAN & STERLING LLP
401 9th Street NW
Washington, DC 20004
Tel: (202) 508-8093

Steven J. Joffee
(*pro hac vice application forthcoming*)
sjoffee@michaelbest.com
Jeffrey H. Brown
(*pro hac vice application forthcoming*)
jhbrown@michaelbest.com
Stephen J. Horace
(*pro hac vice application forthcoming*)
sjhorace@michaelbest.com
Thomas A. Agnello
(*pro hac vice application forthcoming*)
taagnello@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
170 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Tel: (385) 695-6450
Fax: (801) 931-2500

Todd Marabella
(*pro hac vice application forthcoming*)
TMarabella@goodwinlaw.com
Cristina Denise Go
(*pro hac vice application forthcoming*)
DGo@goodwinlaw.com

***Attorneys for JAND, Inc. d/b/a Warby Parker***

***Attorneys for Plaintiff 1-800 Contacts Inc.***

SO ORDERED this _____ day of _____, 2021.

_____
Judge P. Kevin Castel