# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

sfishbein@shearman.com
212.848.4424

**VIA ECF**

October 6, 2021

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *1-800 Contacts, Inc. v. JAND, Inc. d/b/a Warby Parker (Case No. 1:21-cv-06966)*

Dear Judge Castel:

We represent plaintiff 1-800 Contacts, Inc. ("1-800") in the above-captioned matter. We write in opposition to defendant Warby Parker's request for a second extension of time to respond to the Complaint.

1-800 filed its Complaint for trademark infringement and unfair competition on August 18, 2021. ECF No. 1.  At the request of Warby Parker's prior counsel at the Goodwin Procter law firm, 1-800 Contacts agreed to extend the time for Warby Parker to answer or move to dismiss from September 10, 2021 to October 8, 2021. ECF No. 13.  This extension on top of the 21 days Warby Parker had under the Federal Rules provided ample time for Warby and its counsel to either file an answer or to submit a pre-motion letter to the Court with its grounds for a motion to dismiss.

On October 4, 2021—just four days before the current deadline—Goodwin Procter advised that it was withdrawing as counsel and that new counsel, Davis Wright Tremaine, would be representing Warby Parker.  At 4:00pm on October 6, 2021, just two days before the October 8 deadline, Warby Parker's new counsel requested an additional two-week extension to respond to the Complaint.  1-800 tried to accommodate new counsel's request by offering a one-week extension, but Warby Parker's counsel insisted on two weeks—for a total of 63 days from the date of service to file a response.

We respectfully submit that Warby Parker's request for a second extension should be denied.  The crux of 1-800's claim is that Warby Parker is improperly using 1-800's trademarks as keywords in internet search advertising. (Complaint ¶ 6).  As a result, when consumers search the internet for 1-800's website, they are presented with confusing ads for Warby Parker. (Id. ¶¶ 7-8). Further, the confusing Warby Parker ads that appear in response to consumer searches for "1-800 Contacts" link to a landing page on Warby Parker's web site that is similar in color and presentation to 1-800's web site, and different from the landing page to which consumers are directed if they search for "Warby Parker contacts". (Id. ¶ 9).  In other words, Warby Parker set up a unique, and

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

Hon. P. Kevin Castel                                              October 6, 2021

deliberately confusing, landing page for consumers who click on ads Warby Parker is running in response to searches for 1-800's trademarks.  (Id. ¶ 12).  In addition to on-going consumer confusion and diversion of customers, Warby Parker's bidding on 1-800 Contacts' trademarks has *dramatically increased* 1-800 Contacts' costs to bid on its own marks on Google and other online advertising platforms. (Id.)  Indeed, since 1-800 granted Warby the initial 30-day extension of time, Warby Parker used that time to substantially increase its bidding on the 1-800 marks, thereby further promoting consumer confusion and spiking 1-800's search advertising costs.  Each day that Warby Parker's intentional and unlawful conduct continues causes 1-800 Contacts to incur significant damages and allows Warby Parker to continue its intentional effort to mislead consumers and cause confusion.

In view of the significant and on-going harm it is experiencing, 1-800 is entitled to pursue its claims promptly.  We readily agreed to accommodate counsel's request for a 30-day extension and would not object to a few more days in light of the substitution of counsel.  But a second extension of the length sought by Warby Parker's new counsel is not necessary and will unduly delay resolution of the case.

Respectfully submitted,

*/s/ Stephen Fishbein*

Stephen Fishbein


cc:      Counsel of record for Warby Parker (via ECF)

Page 2 of 2