UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

1-800 CONTACTS, INC.,

                Plaintiff,

                v.

JAND, INC. d/b/a WARBY PARKER, now known
as, WARBY PARKER INC.,

                Defendant.

----------------------------------------------------------- x

Case No. 21 Civ. 06966 (PKC)

**NOTICE OF CORPORATE NAME CHANGE**

        Pursuant to Defendant's Rule 7.1 Disclosure Statement, entered on September 10, 2021 (ECF No. 11), Defendant has recently changed its corporate name from JAND, Inc. to Warby Parker Inc. Defendant has conferred with Plaintiff, and the parties agree to reflect the new corporate name in the caption of all papers filed from this point forward, as shown above.

Dated: December 3, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_/s/ L. Danielle Toaltoan_

L. Danielle Toaltoan
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Tel: (212) 489-8230
danielletoaltoan@dwt.com
*Attorney for Defendant JAND, Inc.*
*d/b/a Warby Parker, now known as*
*Warby Parker Inc.*