UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
                                                  :
1-800 CONTACTS, INC.,                             :
                                                  :
                    Plaintiff,                    :     Case No. 21 Civ. 06966 (PKC)
                                                  :
         v.                                       :     **NOTICE OF MOTION**
                                                  :
JAND, INC. D/B/A WARBY PARKER, now known          :
as, WARBY PARKER INC.,                            :
                                                  :
                    Defendant.                    :
                                                  :
                                                  :
------------------------------------------------- x
```

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all prior pleadings referenced therein, the undersigned will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, NY 10007-1312, for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings and to dismiss all claims on the grounds that Plaintiff's complaint fails to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Minute Entry entered on November 8, 2021, that Plaintiff's responsive papers shall be filed by January 10, 2022, and Defendant's reply papers shall be filed by January 31, 2022.

4870-1122-0229v.3 0118607-000001

Dated: December 3, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

_____/s/ L. Danielle Toaltoan_____

L. Danielle Toaltoan
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Tel: (212) 489-8230
danielletoaltoan@dwt.com
*Attorney for Defendant JAND, Inc.*
*d/b/a Warby Parker, now known as*
*Warby Parker Inc.*