

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**L. Danielle Toaltoan**
(212) 603-6463 tel
(212) 489-8340 fax

danielletoaltoan@dwt.com

February 9, 2022

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *1-800 Contacts, Inc. v. JAND, Inc. d/b/a Warby Parker*, now known as, *Warby Parker Inc.*, Case No. 21-CV-06966 (PKC)(SLC)

Dear Judge Castel:

We represent Defendant Warby Parker Inc., formerly known as JAND, Inc. ("Warby Parker"), and write, per Your Honor's individual rules, to request oral argument relating to Warby Parker's Motion for Judgment on the Pleadings (Dkt. Nos. 32, 33 and 38).

Thank you.

Respectfully submitted,

*/s/ L. Danielle Toaltoan*
L. Danielle Toaltoan

Davis Wright Tremaine LLP

*Counsel for Defendant Warby Parker, Inc.*

cc (via ECF):  Stephen Robert Fishbein
               Thomas Agnello
               Steven J. Joffee

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.