**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
1-800 CONTACTS, INC.,

                Plaintiff,

-against-                              21 **CIVIL** 6966 (PKC)

## JUDGMENT

JAND, INC. d/b/a WARBY PARKER,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2022, after consideration of all the arguments of the parties, including those not expressly referenced, the motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York

      June 28, 2022

                                                                  **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                    **BY:**    K. Mango

                                                                  **Deputy Clerk**